FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FEB 15 2013

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | CRIMINAL NO. 13-mj-7015-SCW |
| ) | |
| vs.   ) | |
| ) | Title 18, United States Code, |
| CHRISTOPHER MICHAEL HORTON   ) | Sections 2251(a) and (e) |
| ) | |
| Defendant.   ) | |

## CRIMINAL COMPLAINT

I, David B. Vucich, Special Federal Officer with the Federal Bureau of Investigation's (FBI) Metro-East Cyber Crime and Analysis Task Force, the undersigned complainant, being duly sworn, states the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### SEXUAL EXPLOITATION OF A MINOR

Between on or about May 1, 2012 and on about February 9, 2013, in Madison County and St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER HORTON,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor 1, to engage in sexually explicit conduct, and did attempt to do so, for the purpose of producing a visual depiction of such conduct, that being a digital recording, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

### SEXUAL EXPLOITATION OF A MINOR

Between on or about May 1, 2012 and on about February 9, 2013, in Madison County and St. Clair County, Illinois, within the Southern District of Illinois,

**CHRISTOPHER HORTON,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, herein identified as Minor 2, to engage in sexually explicit conduct, and did attempt to do so, for the purpose of producing a visual depiction of such conduct, that being a digital recording, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 2251(a) and (e).

## AFFIDAVIT

I further state that I am a Special Federal Officer with the Federal Bureau of Investigations, and that this complaint is based on the following facts:

1. On February 11, 2013, I, Detective Lt. David Vucich of the Madison County Illinois Sheriff's Office assigned to the FBI Child Exploitation Unit in Fairview Heights Illinois received a report that child pornography had been observed on the cellular phone of Christopher M. Horton by an individual who will be referred to herein as CW-1.

2. I determined that Christopher M. Horton resides at █████████ Illinois, within the Southern District of Illinois.

3. I, along with Detective Scott Athmer of the Highland, Illinois, Police Department, proceeded to ████████ in an attempt to locate witnesses and/or the alleged suspect. Upon

arrival, we made contact with CW-1. CW-1 indicated that Christopher Horton, was not presently home and agreed to leave the residence and speak with investigators at the Highland Police Department.

4. During a video recorded interview, CW-1 stated that approximately two weeks ago on February 2, 2013, CW-1 was using Christopher Horton's cellular telephone which was later identified as a black Apple I-Phone model A1332 IC:579C-E23808 contained in a red and black Griffin protective case and it displayed the markings "Made in China" on the back. During this time, CW-1 discovered a video. Upon viewing the video CW-1 saw Christopher Horton engaged in a sexual act with a minor. CW-1 described the acts of Christopher Horton performing oral sex on the minor and stated that CW-1 knows the minor because the minor has recently been at their residence. CW-1 stated that Christopher Horton provides martial art lessons to the minor at a martial arts studio in St. Clair County and at their residence. CW-1 was uncertain where the video took place. CW-1 confronted Christopher Horton about the video and he responded by placing his hands behind his back in a motion indicative to him going to jail.

5. CW-1 asked Horton to delete the videos. CW-1 said Horton was initially resistant to delete them but he ultimately did on Saturday, February 9, 2013. Horton also told CW-1 that there were two other minors upon whom he performed similar acts but did not have much further information on this. SCW-1 indicated that Horton does possess other digital media within the household. CW-1 stated that Horton possesses a laptop computer and CW-1 has observed that his I-Phone was previously plugged into this device.

6. CW-1 consented to a search of the residence. During the search we located a SATA 120GB Western Digital Hard Drive Model# WD1200BEVS Serial# WD-

WXEX07E73286 and an IDE 20GB Hitachi Hard Drive Model#IC25N020ATCS04-0 Serial#CSH204DMDDVNSF.

7. CW-1 further advised that another person, identified herein as CW-2, who also resides at the residence was also aware of the admissions made by Christopher Horton.

8. CW-2 agreed to speak with us regarding admissions and information provided by Horton. CW-2 advised that Horton disclosed that he had engaged in a sexual act with a minor to whom Horton provides martial arts lessons and who had been at the residence recently. CW-2 said that Horton disclosed that he had engaged in oral sex acts with the minor at a park in Highland Illinois. CW-2 advised that the two of them had a couple conversations about child pornography and Horton possessing it on his phone. CW-2 said that Horton has an Alienware laptop computer but it is not presently within the basement bedroom where they both sleep and stated that Horton must have it with him at the martial arts studio.

9. During this time, I requested the assistance of Belleville Police Department Detective Karl Kraft to locate and take Christopher Horton into custody.

10. A short time later I was advised by Detective Kraft that he took Christopher Horton into custody at the marital arts studio in St. Clair County. Upon his arrest, Detective Kraft took possession of Horton's I-Phone and Alienware Laptop Model#P18G Service tag #DVDG4R1 M14X laptop containing unknown size make/model hard drive and/or internal memory. The laptop displayed the markings of "Made in China" on the back. It also contains an embroidered name plate displaying the words "Built for Chris Horton (NINJA)."

11. Detective Athmer and I proceeded to Belleville Police Department to interview Christopher Horton. He consented to an audio and video recorded interview and was advised of his Miranda Warnings agreed to waive them and make a statement. During the interview,

Christopher Horton stated that over the last year he had committed sexual acts upon students he knew from his martial arts studio. Specifically, he stated that he had engaged in sex acts with three different minors of the approximate ages of six, eight, and ten and that he recorded these acts via video using his I-Phone.

12. Horton provided the names of all three of the victims who are identified herein as Minor 1, Minor 2, and Minor 3.

13. The child victims herein are referred to as "Minor" pursuant to Title 18, United States Code, Section 3509 which protects the privacy interests of minor victims.

14. Christopher Horton stated that he engaged in the sexual acts with Minor 1 and Minor 2 at the martial arts studio in St. Clair County by either performing oral sex on them or receiving oral sex from the victims. Horton also said that he also committed sexual acts with Minor 1 both at his residence in Highland, Illinois, and at a park in Highland, Illinois. He said he committed sexual acts with Minor 3 while he was in the State of Texas in San Antonio during a martial arts related event.

15. Christopher Horton corroborated CW-2's account that the videos were deleted at one point but stated that he plugged the phone into his Alienware laptop and they were transferred back to the phone so the videos would still be on his I-Phone.

16. On February 12, 2013, Minor 1 and Minor 2 were interviewed at the St. Clair County Child Advocacy Center. Neither victim disclosed the sexual acts described by Horton.

17. On February 13, 2013, I obtained a federal search warrant for the forensic examination of the items that had been seized from Christopher Horton which included the following:

5

a. Black Apple I-Phone model A1332 IC:579C-E23808 contained in a red and black Griffin protective case;
b. A SATA 120GB Western Digital Hard Drive Model# WD1200BEVS Serial# WD-WXEX07E73286 with the markings of "Product of Thailand";
c. An IDE 20GB Hitachi Hard Drive Model#IC25N020ATCS04-0 Serial#CSH204DMDDVNSF; and
d. Alienware Laptop Reg Model#P18G Service tag #DVDG4R1 M14X laptop containing unknown size make/model hard drive and/or internal memory with the markings of "Made in China" and an embroidered name plate displaying the words "Built for Chris Horton (NINJA)."

18. That same day, Detectives Karl Kraft and Mark Heffernan from the Belleville Police Department responded to the martial arts located in St. Clair County, Illinois to video and photograph the facility. Detective Scott Athmer from the Highland Police Department photographed the residence of Christopher Horton located at ███████.

19. An analysis of Christopher Horton's I-Phone revealed approximately 58 video files containing child pornography. Seven of the videos recovered depict Christopher Horton engaged in sexual contact with Minor 1, to include acts of oral sex. Based upon examination of the photographs obtained by Detective Athmer, the background of these videos indicate that they were filmed in the bathroom, basement and a bedroom at Christopher Horton's residence located at ███████ which is within the Southern District of Illinois. All seven of these videos clearly show the faces of Minor 1 and Christopher Horton.

20. Approximately 26 of the videos recovered depict Christopher Horton engaged in sexual contact with Minor 2, to include acts of oral sex. Based upon an examination of the photographs and video obtained by Detectives Kraft and Heffernan, the background of these 26 videos indicate that they were all filmed in the small room off of the main area of the martial arts studio in St. Clair County, Illinois, which is within the Southern District of Illinois. Fourteen of

6

these videos clearly show the face of Minor 1 and twenty-three of them clearly show the face of Christopher Horton.

21. Approximately sixteen additional videos recovered depict an adult male engaged in acts of sexual penetration with a minor. In eight of these additional files, the adult male is Christopher Horton and his face can been clearly seen. The identities of the minors in these additional videos have not yet been confirmed. One is suspected to be the minor Christopher Horton identified as Minor 3.

22. The forensic examination of the media seized has not been completed and the investigation is ongoing.

**FURTHER AFFIANT SAYETH NAUGHT.**

SFO _David B. Vucich_
David B. Vucich
Special Federal Officer
FBI Metro-East Cyber Crime and
Analysis Task Force

STEPHEN R. WIGGINTON
United States Attorney

ALI SUMMERS
Assistant United States Attorney

State of Illinois      )
                       ) SS.
County of St. Clair    )

Sworn to before me and subscribed in my presence on this _15th_ day of _February_, 2013, at East St. Louis, Illinois.

STEPHEN C. WILLIAMS
United States Magistrate Judge

7